# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Revocation of Probation or Supervised Release) |
| SHAWN WAYNE KNAKMUHS | Case Number: CR 97-3008-3-MWB |
| | USM Number: 01837-029 |
| | Jim McGough |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __listed below__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Special Condition #3 | Use of Alcohol | March 18, 2010 |
| Modified Condition | Failure to Comply with RRC Placement | May 14, 2010 |
| Standard Condition #3 | Failure to Provide Truthful Information to the USPO | May 17, 2010 |
| Special Condition #4 | Failure to Pay Restitution | May 18, 2010 |
| Mandatory Condition | New Law Violation | June 29, 2010 |
| Standard Condition #7 | Possession of Drug Paraphernalia | June 29, 2010 |
| Standard Condition #11 | Failure to Notify USPO Within 72 Hours of Being Arrested | June 30, 2010 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

✱ **It is further ordered that the Revocation Judgment of June 3, 2010, is vacated.**

July 15, 2010
Date of Imposition of Judgment

*/s/ Mark W. Bennett*
Signature of Judge

Mark W. Bennett, U.S. District Court Judge
Name and Title of Judge

7/15/10
Date

DEFENDANT: **SHAWN WAYNE KNAKMUHS**
CASE NUMBER: **CR 97-3008-3-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **48 months.**

■ The court makes the following recommendations to the Bureau of Prisons:
**The defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ 30 days from the date of this judgment, as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: SHAWN WAYNE KNAKMUHS
CASE NUMBER: CR 97-3008-3-MWB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No supervised release shall be reimposed.**